# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TIMOTHY L. BACINO, an individual; and
SUSANNE V. BACINO, an individual

vs

USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 10, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1239 DMS RBB

TO: (Name and Address of Defendant)
USAA CASUALTY INSURANCE COMPANY

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tanya M. Schierling (SBN 206984)
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
(619) 231-0303

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 1 0 2008
DATE

By                                                , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                    AO-440S