Paul R. Fine, State Bar No. 053514
Maureen M. Michail, State Bar No. 185097
DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807
MICHAIL@DFIS-LAW.COM

Attorneys For Defendant USAA CASUALTY INSURANCE COMPANY

Tanya M. Schierling, State Bar No. 206984
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B STREET, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 231-0303
FACSIMILE (619) 231-4755
TSCHIERLING@SWSSLAW.COM

Attorneys For Plaintiffs TIMOTHY L. BACINO, an individual; and SUSANNE V. BACINO, an individual

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. BACINO, an individual; and SUSANNE V. BACINO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 08 CV 1239 DMS RBB <br> [Hon. Dana M. Sabraw, Courtroom 10] <br><br> STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT <br> [Pursuant to CivLR 12.1] <br><br><br> [Filed concurrently with [Proposed] Order] |

///

1

F:\MMM\PLDG\1693-340.stip-jt-mtn.doc

1    Plaintiffs Timothy L. Bacino and Susanne V. Bacino, on the one hand, and Defendant USAA Casualty Insurance Company, on the other hand, through their respective counsel stipulate as follows:

 1. Plaintiffs served the complaint in the instant action on USAA Casualty Insurance Company on July 11, 2008. However, because USAA was in the process of retaining defense counsel to handle the matter, counsel for USAA did not receive the complaint until July 28, 2008. USAA exercised due diligence in obtaining defense counsel, doing so in approximately two weeks.

 2. Defendant USAA's response to the complaint is currently due on July 31, 2008.

 3. Counsel for USAA is requesting an extension to respond to the complaint because it is not yet in possession of the file documents.

 4. Consequently, the parties wish to extend the time for defendant USAA to file an answer to plaintiff's complaint for 14-days up to and including **August 14, 2008.**

 5. Good cause supports this continuance for 14-days since counsel for USAA has not had an adequate opportunity to review USAA's file and complete its research in order to file a meaningful response to the complaint.

IT IS HEREBY STIPULATED:

Date:                           DANIELS, FINE, ISRAEL,
                                SCHONBUCH & LEBOVITS, LLP

                                By: _____
                                    Maureen M. Michail / michail@dfis-law.com
                                    Attorneys For Defendant USAA CASUALTY
                                    INSURANCE COMPANY

2

Stipulation and Joint Motion to Extend Time to Respond to Complaint

| | |
|---|---|
| 1 | |
| 2 Date: | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 3 | |
| 4 | By: *[signature]* |
| 5 | Tanya M. Schierling |
| 6 | Attorneys For Plaintiffs TIMOTHY L. BACINO, an individual; and SUSANNE V. BACINO, an individual |

DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807

- 3 -

Stipulation and Joint Motion to Extend Time to Respond to Complaint

**PROOF OF SERVICE**

State of California    )
County of Los Angeles)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On July 30, 2008, I served the within document(s):

**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT; PROPOSED ORDER**

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

☐ **BY FACSIMILE TRANSMISSION** I transmitted said document(s) via facsimile machine pursuant to C.R.C. rule 2006 to fax number FACSIMILE NUMBER. The facsimile machine I used complied with rule 2003 and no error was reported by the machine. Pursuant to rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice a true copy would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE** I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached mailing list.

☐ **BY OVERNIGHT DELIVERY SERVICE** I caused such envelope to be deposited with an overnight delivery service (Overnite Express/Federal Express) for delivery the next court day, or at most, within two court days of the above date.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2008, at Los Angeles, California.

CYNTHIA LEWIS

## SERVICE LIST

1 | Tanya M. Schierling, Esq.
Solomon Ward Seidenwurm & Smith, LLP
2 | 401 B Street, Suite 1200
San Diego, California 92101
3 | tschierling@swsslaw.com
Telephone: (619) 231-0303
4 | Facsimile: (619) 231-4755
5 | *Attorneys for Plaintiffs*

6 | 1693.340
1693-340