C:\DOCUME~1\Moanam\LOCALS~1\Temp\notes1C7949\1693-340.pro-stip-jt-mtn.doc

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. BACINO, an individual; and SUSANNE V. BACINO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 08 CV 1239 DMS RBB <br> [Hon. Dana M. Sabraw, Courtroom 10] <br><br> ORDER <br><br><br><br> [Filed concurrently with Stipulation and Joint Motion to Extend Time to Respond to the Complaint] |

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED:

Date: July 30, 2008     _____
Honorable Dana M. Sabraw
JUDGE OF THE UNITED STATES DISTRICT COURT

1

_____
ORDER