F:\MMM\PLDG\1693-340.cie.doc

Maureen M. Michail, State Bar No. 185097
**DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP**
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807
[SIGNING ATTORNEY'S EMAIL]@DFIS-LAW.COM

Attorneys For Defendant USAA Casualty Insurance Company

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. BACINO, an individual; and SUSANNE V. BACINO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 08 CV 1239 DMS RBB <br> [Complaint filed: July 10, 2008] <br><br> NOTICE OF INTERESTED PARTIES <br><br> [L.R. 7.1-1] <br><br> [Filed concurrently with Answer to Plaintiffs' Complaint and Demand for Jury Trial] |

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for defendant USAA Casualty Insurance Company ("USAA") certifies that as of this date, USAA knows of no other person or entity which has a pecuniary interest in the outcome of this case other than the named parties. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Date: August 6, 2008         DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP

By: _____
Maureen M. Michail
Attorneys For Defendant USAA Casualty Insurance Company

1

**PROOF OF SERVICE**

State of California      )
County of Los Angeles )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On August 12, 2008, I served the within document(s):

NOTICE OF INTERESTED PARTIES

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

[ ] **BY FACSIMILE TRANSMISSION** I transmitted said document(s) via facsimile machine pursuant to C.R.C. rule 2006 to fax number FACSIMILE NUMBER. The facsimile machine I used complied with rule 2003 and no error was reported by the machine. Pursuant to rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[XXX] **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice a true copy would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached mailing list.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I caused such envelope to be deposited with an overnight delivery service (Overnite Express/Federal Express) for delivery the next court day, or at most, within two court days of the above date.

[ ] **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XXX] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 12, 2008, at Los Angeles, California.

*/s/ Cynthia Lewis*
CYNTHIA LEWIS

**SERVICE LIST**

Tanya M. Schierling, Esq.
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California  92101
tschierling@swsslaw.com
Telephone:  (619) 231-0303
Facsimile:   (619) 231-4755
*Attorneys for Plaintiffs*

1693.340
1693-340
1693-340

NOTICE OF INTERESTED PARTIES