1  TANYA M. SCHIERLING [SBN 206984]
   tschierling@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Plaintiffs

6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

11 Timothy L. Bacino, an individual; and       CASE NO. 08 CV 1239 DMS RBB
   Susanne V. Bacino, an individual,
12
              Plaintiffs,                       NOTICE OF NON-AVAILABILITY OF
13                                              COUNSEL
   v.
14
   USAA Casualty Insurance Company; and
15 Does 1 through 10, inclusive,

16            Defendants.

17

18      PLEASE TAKE NOTICE that Tanya M. Schierling, Esq., counsel for Plaintiffs, Timothy

19 L. Bacino and Susanne V. Bacino, will be unavailable commencing Thursday, September 4,

20 2008 through and including Friday, September 19, 2008 and commencing Monday,

21 October 6, 2008 through and including Thursday, October 16, 2008.  Ms. Schierling will be

22 on a pre-paid vacation September 4-19, and in trial October 6-16.

23

24 DATED: August 13, 2008           SOLOMON WARD SEIDENWURM & SMITH, LLP

25
26                                  By:  /s/ Tanya M. Schierling
                                         TANYA M. SCHIERLING
27                                       Attorneys for Plaintiffs

28

P:00438016:65029.003                                        08 CV 1239 DMS RBB
NOTICE OF NON-AVAILABILITY OF COUNSEL

## CERTIFICATE OF SERVICE

I caused the **NOTICE OF NON-AVAILABILITY OF COUNSEL** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

Maureen M. Michail, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067
Tele: (310) 556-7900
Fax: (310) 556-2807
michail@dfis-law.com
Attorneys for Defendant USAA Casualty Insurance Company

/s/ Tanya M. Schierling
TANYA M. SCHIERLING

NOTICE OF NON-AVAILABILITY OF COUNSEL