| | |
|---|---|
| 1 | TANYA M. SCHIERLING [SBN 206984] |
|   | tschierling@swsslaw.com |
| 2 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
|   | 401 B Street, Suite 1200 |
| 3 | San Diego, California 92101 |
|   | Telephone: (619) 231-0303 |
| 4 | Facsimile: (619) 231-4755 |
| 5 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy L. Bacino, an individual; and Susanne V. Bacino, an individual, | CASE NO. 08 CV 1239 DMS RBB |
| Plaintiffs, | **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND RESET BRIEFING SCHEDULE** |
| v. | |
| USAA Casualty Insurance Company; and Does 1 through 10, inclusive, | Local Civil Rules 7.2 & 16.1 |
| Defendants. | |

The parties, through their attorneys of record, hereby stipulate and jointly move for an order continuing the Early Neutral Evaluation Conference from September 8, 2008, at 8:30 a.m. to the earliest available date and time on or after September 22, 2008, but excluding October 6-16, 2008, in the chambers of Judge Ruben B. Brooks, United States Courthouse, 940 Front Street, Room 1185, San Diego, California 92101.

The parties also stipulate and jointly move to reset any briefing deadlines applicable to the Early Neutral Evaluation Conference.

/ / /

/ / /

1  The attorney for the Plaintiffs is filing this Joint Motion and certifies that the Motion is
2  acceptable to all parties and their attorneys.
3
4  DATED: August 13, 2008				SOLOMON WARD SEIDENWURM & SMITH, LLP
5
6					By:	/s/ Tanya M. Schierling
						TANYA M. SCHIERLING
7						Attorneys for Plaintiffs Timothy L. Bacino and
						Susanne V. Bacino
8
9  DATED: August 13, 2008				DANIELS, FINE, ISRAEL, SCHONBUCH &
						LEBOVITS, LLP
10
11
					By:	/s/ Maureen M. Michail
12						MAUREEN M. MICHAIL
						Attorneys for Defendant USAA Casualty
13						Insurance Company