1   TANYA M. SCHIERLING [SBN 206984]
    tschierling@swsslaw.com
2   SOLOMON WARD SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
3   San Diego, California 92101
    Telephone: (619) 231-0303
4   Facsimile: (619) 231-4755

5   Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  Timothy L. Bacino, an individual; and        CASE NO. 08 CV 1239 DMS RBB
    Susanne V. Bacino, an individual,
12                                               **AMENDED JOINT MOTION TO
              Plaintiffs,                         CONTINUE EARLY NEUTRAL
13                                                EVALUATION CONFERENCE AND RESET
    v.                                            BRIEFING SCHEDULE**
14
    USAA Casualty Insurance Company; and
15  Does 1 through 10, inclusive,                 Local Civil Rules 7.2 & 16.1

16            Defendants.

17

18      The parties, through their attorneys of record, hereby stipulate and jointly move for

19  an order continuing the Early Neutral Evaluation Conference from September 8, 2008, at

20  8:30 a.m. to the earliest available date and time on or after September 22, 2008, but

21  excluding October 6-16, 2008, in the chambers of Judge Ruben B. Brooks, United States

22  Courthouse, 940 Front Street, Room 1185, San Diego, California 92101.

23      The parties also stipulate and jointly move to reset any briefing deadlines applicable

24  to the Early Neutral Evaluation Conference.

25      The reason for the stipulated continuance is that, as set forth in the Notice of Non-

26  Availability of Counsel submitted on August 13, 2008 [Docket #9], Plaintiff's counsel will be

27  on a pre-paid vacation from September 4-19, 2008, and in trial from October 6-16, 2008.

28

1        The attorney for the Plaintiffs is filing this Joint Motion and certifies that the Motion is

2   acceptable to all parties and their attorneys.

3

4   DATED: August 15, 2008            SOLOMON WARD SEIDENWURM & SMITH, LLP

5

6                                     By:   /s/ Tanya M. Schierling
                                            TANYA M. SCHIERLING
7                                           Attorneys for Plaintiffs Timothy L. Bacino and
                                            Susanne V. Bacino
8

9   DATED: August 15, 2008            DANIELS, FINE, ISRAEL, SCHONBUCH &
                                      LEBOVITS, LLP
10

11

12                                    By:   /s/ Maureen M. Michail
                                            MAUREEN M. MICHAIL
13                                          Attorneys for Defendant USAA Casualty
                                            Insurance Company
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28