# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Timothy L. Bacino, an individual; and Susanne V. Bacino, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>USAA Casualty Insurance Company; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08 CV 1239 DMS RBB<br><br>**ORDER GRANTING AMENDED JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND RESET BRIEFING SCHEDULE [DOC. NOS. 10, 11]**<br><br>Local Civil Rules 7.2 & 16.1 |
|---|---|

The Court has considered the joint motion to continue early neutral evaluation conference and reset the briefing schedule in this case. Good cause appearing,

IT IS ORDERED that:

1. The Early Neutral Evaluation conference set for September 8, 2008, at 8:30 a.m. is vacated, and the conference will be held on October 1, 2008, at 1:30 p.m. in the chambers of Judge Ruben B. Brooks, United States Courthouse, 940 Front Street, Room 1185, San Diego, California 92101.

2. There are no briefing deadlines for plaintiffs or the defendant in connection with the conference.

DATED: August 18, 2008

*Ruben Brooks* (signature)
Ruben B. Brooks
United States Magistrate Judge

P:00438109:65029.003                                                                08 CV 1239 DMS RBB